No. 05–5829. CURLAND *v.* LADNER. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–5830. BRAMBLES *v.* DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 05–5831. BROWN *v.* TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied. 

No. 05–5832. CUESTA *v.* BERTRAND ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–5837. WIDEMAN *v.* GARCIA. Ct. App. Colo. Certiorari denied.

No. 05–5839. JAMES *v.* CP&L PROGRESS ENERGY. C. A. 4th Cir. Certiorari denied. 

No. 05–5842. SEABERRY *v.* STALDER ET AL. C. A. 5th Cir. Certiorari denied. 

No. 05–5845. LOCKHART *v.* HARRIS. C. A. 9th Cir. Certiorari denied.

No. 05–5849. EFFINGER *v.* CURTIS, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 05–5853. WELLS *v.* BRUZZESE, JUDGE, COURT OF COMMON PLEAS OF OHIO, JEFFERSON COUNTY. Sup. Ct. Ohio. Certiorari denied.

No. 05–5854. BOND *v.* BOND. C. A. 2d Cir. Certiorari denied. 

No. 05–5855. BUTLER *v.* HOWERTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–5865. BRIGGS *v.* HAMILTON COUNTY PROSECUTOR. C. A. 6th Cir. Certiorari denied.

No. 05–5867. POWELL *v.* RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–5871. DESMOND *v.* WAGGONER. Dist. Ct. App. Fla., 5th Dist. Certiorari denied. 

No. 05–5872. CAPUTI *v.* SIRKIS. Super. Ct. Pa. Certiorari denied.